1052

No. 72–1564.   BERNABEI v. UNITED STATES, *ante*, p. 825;

No. 72–1670.   TEXAD, INC. (TEXAD SPECIALTY Co.) v. PARISH OF ST. MARY SALES AND USE TAX DEPT., *ante*, p. 803;

No. 72–1712.   IN RE HOROWITZ, *ante*, p. 867;

No. 72–6745.   ARNOLD v. KIRBY ET AL., *ante*, p. 872;

No. 72–6757.   DUN LEAVAY v. HALLAHAN ET AL., *ante*, p. 805;

No. 72–6762.   SMILGUS v. BERGMAN ET AL., *ante*, p. 842;

No. 72–6942.   DUN LEAVAY v. LUTZ APPELLATE PRINTERS, INC., *ante*, p. 850;

No. 72–6969.   MENDES v. REA EXPRESS, INC., *ante*, p. 852;

No. 72–6973.   SOOTS ET UX. v. CONNER, *ante*, p. 852;

No. 73–229.   SAFIR v. BLACKWELL, ASSISTANT SECRETARY OF COMMERCE FOR MARITIME AFFAIRS, ET AL., *ante*, p. 975;

No. 73–5058.   BEASLEY v. UNITED STATES, *ante*, p. 924;

No. 73–5119.   FARMER ET VIR v. TOLEDO EDISON Co., *ante*, p. 876; and

No. 73–5175.   TUBERVILLE v. TEXACO INC. ET AL., *ante*, p. 925.   Petitions for rehearing denied.

No. 72–1448.   HOWELL v. JONES, SHERIFF, *ante*, p. 803.   Petition for rehearing and other relief denied.

NOVEMBER 21, 1973

No. A–435.   LIFE OF THE LAND ET AL. v. BRINEGAR, SECRETARY OF TRANSPORTATION, ET AL.   C. A. 9th Cir. Motions of the State of Hawaii and of Kalihi-Palama